UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **Andrea Bien**,<br><br>        Plaintiff,<br><br>vs.<br><br>**Stellar Recovery, Inc.**,<br><br>        Defendant. | CA No. 14-CV-00366 |

### Plaintiff's Objection to Motion for Summary Judgment

Now comes the Plaintiff, Andrea Bien, and objects to the Defendant Stellar Recovery's Motion for Summary Judgement. In support of her objection the Plaintiff states the law and facts in this case are such that a jury could rule in her favor and summary judgement is therefore inappropriate. She further relies on the Memorandum of Law she is filing.

Wherefore, the Plaintiff requests this Court deny the Defendant's Motion for Summary Judgement and grant her such other relief as may be just and appropriate.

                                Andrea Bien,
                                By counsel,


                                /s/ *John T. Longo*
                                _____
                                John T. Longo, Esq.
                                RI Bar #4928, MA BBO #632387
                                Citadel Consumer Litigation, P.C.
                                996 Smith Street, Suite 101
                                Providence, RI 02908
                                jtlongo@citadelpc.com
                                (401) 383-7550
                                Fax (401) 537-9185

Citadel File #CF 3909

Date:  June 15, 2015

## **CERTIFICATE OF SERVICE**

  I, John T. Longo, certify that this document, filed through the ECF system on ___6/15/15_, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

            */s/ John T. Longo*
            John T. Longo